**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

HENNY KATZ,

                              Plaintiff,

            -against-

EQUIFAX INFROMATION SERVICES, LLC et al.,

                            Defendants.

------------------------------------- x

ORDER

20 Civ. 860 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 25 2020

GEORGE B. DANIELS, United States District Judge:

The April 9, 2020 conference is adjourned to June 11, 2020 at 9:30 a.m.

Dated: New York, New York
       March 20, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge