UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HENNY KATZ,

                Plaintiff,

        -against-                           ORDER

                                          20 Civ. 860 (GBD)

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that Plaintiff and Defendant Equifax Information Services, LLC have settled this matter, the Clerk of Court is hereby ORDERED to close the action against that defendant, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: April 21, 2020
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge