UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HENNY KATZ,

                 Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
BARCLAY'S BANK OF DELAWARE,
CITIBANK, N.A.; PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                 Defendants.

                                      ORDER

                                 20 Civ. 860 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

     All conferences previously scheduled are adjourned *sine die*.

Dated: October 12, 2020
       New York, New York

                                            SO ORDERED.

                                            *[signature]*
                                            GEORGE B. DANIELS
                                            United States District Judge